| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Denise Carlon<br>KML Law Group, PC<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>Toyota Motor Credit Corporation |
| In Re:<br>    Thompson III, Richard L |

**Order Filed on March 20, 2018
by Clerk U.S. Bankruptcy Court
District of New Jersey**

Case No: <u>18-11099 JNP</u>

Hearing Date: March 20, 2018

Judge: Jerrold N. Poslusny Jr.

| Recommended Local Form: | ☐ Followed | ☐ Modified |
|---|---|---|

## ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: March 20, 2018**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon the motion of <u>Toyota Motor Credit Corporation</u>, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☐ Real Property More Fully Described as:

■ Personal Property More Fully Describes as:

**2017 TOYOTA TACOMA, VIN: 3TMCZ5AN2HM103763**

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*

United States Bankruptcy Court
District of New Jersey

In re:  
Richard L Thompson, III  
    Debtor

Case No. 18-11099-JNP  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 1      Date Rcvd: Mar 20, 2018  
                 Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 22, 2018.  
db            +Richard L Thompson, III,    4901 Reading Ave,    Egg Harbor City, NJ 08215-4417

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.             TOTAL: 0

                ***** BYPASSED RECIPIENTS *****  
NONE.             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2018                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 20, 2018 at the address(es) listed below:  
       Brian Thomas    brian@brianthomaslaw.com,    bthomas@ecf.epiqsystems.com  
       Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation  
        dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
       Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation  
        kmcdonald@blankrome.com,    bkgroup@kmllawgroup.com  
       Thomas E. Dowey    on behalf of Debtor Richard L Thompson, III   tdesquire@hotmail.com  
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                          TOTAL: 5