UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Richard L. Thompson, III

Case No.: 18-11099
Chapter: 7
Judge: JNP

## NOTICE OF PROPOSED ABANDONMENT

__Brian S. Thomas__, __Chapter 7 Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:  Mitchell H. Cohen US Courthouse
401 Market Street
Camden, NJ 08101

If an objection is filed, a hearing will be held before the Honorable __Jerold N. Poslusny, Jr.__ on __04/24/18__ at __10__ a.m. at the United States Bankruptcy Court, Courtroom no. __4C__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:  4901 Reading Avenue
Egg Harbor City, NJ
Value $170,000.00

Liens on property:  Cenlar
$154,000.00

Amount of equity claimed as exempt:  $16,000.00

Objections must be served on, and requests for additional information directed to:

Name: Brian S. Thomas, Chapter 7 Trustee
Address: 327 Central Avenue, Suite 103, Linwood, NJ 08221
Telephone No.: 609-601-6066

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-11099-JNP
Richard L Thompson, III                                               Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin               Page 1 of 2           Date Rcvd: Mar 22, 2018
                              Form ID: pdf905           Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 24, 2018.
```
db           +Richard L Thompson, III,    4901 Reading Ave,    Egg Harbor City, NJ 08215-4417
517284687    ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
              (address filed with court: American Honda Finance Corp,    201 Little Falls Dr.,
              Wilmington, DE 19808)
517284690    +ARMC Anesthesiologists,    P.O. Box 8500-1521,    Philadelphia, PA 19178-0001
517284691    +ARMC Faculty Practice Pathology,     P.O. Box 8500-5287,    Philadelphia, PA 19178-0001
517284688    +Amex,   P O Box 297871,    Fort Lauderdale, FL 33329-7871
517284689    +Arcadia Recovery Bureau, LLC,    P.O. Box 70256,    Philadelphia, PA 19176-0256
517284692    +Atlantic Cardiology,    P.O. Box 786061,    Philadelphia, PA 19178-6061
517284693    +Atlantic Care Regional Medical Center,     P.O. Box 786361,    Philadelphia, PA 19178-6361
517284696    +Atlantic Emergency Assoc,    6880 W. Snowville Rd. #210,    Brecksville, OH 44141-3255
517284697    +Atlantic Pulmonary & Critical Care Asso.,     741 South Second Ave. Suite A,
              Absecon, NJ 08205-9542
517284698     Atlantic Radiologists Professional Assoc,    P.O. Box 1262,    Indianapolis, IN 46206-1262
517284700    +AtlanticCare Regional Medical Center,    P.O. Box 786361,    Philadelphia, PA 19178-6361
517284699    +Atlanticare Physician Group,    P O Box 786071,    Philadelphia, PA 19178-6071
517284701    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bank of America,    P.O. Box 982235,    El Paso, TX 79998)
517284705    +CBNA,   P O Box 6189,    Sioux Falls, SD 57117-6189
517284702    +Cap One NA,   P.O. Box 26625,    Richmond, VA 23261-6625
517284704     Capital One,   1500 Capital One Drive,    Richmond, VA 23238
517284706    +Cenlar,   P.O. Box 77404,    Ewing, NJ 08628-6404
517284707    +Chase Card Services,    P.O. Box 15298,    Wilmington, DE 19850-5298
517284708    +Citi Card,   P.O. Box 6241,    Sioux Falls, SD 57117-6241
517284710    +Discover Bank,    502 Market Street,    Greenwood, DE 19950-9700
517284712    +Home Depot Credit Services,    P.O. Box 790328,    Saint Louis, MO 63179-0328
517284713    +IC System,   444 Highway 96 East,    P.O. Box 64378,    Saint Paul, MN 55164-0378
517284715    +MCYDSNB,   9111 Duke Blvd,    Mason, OH 45040-8999
517284716    +Mission Health,    P O Box 786066,    Philadelphia, PA 19178-6066
517284717    +Regional Neprology Assoc Pa,    510 Jackson ave,    Northfield, NJ 08225-1631
517284718    +Salartash Surgical Associates, LLC,    1100 Hector Street,    Suite 102,
              Conshohocken, PA 19428-2374
517284721    ++TOYOTA MOTOR CREDIT CORPORATION,     PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
              (address filed with court: Toyota Financial Services,    P.O. Box 8026,
              Cedar Rapids, IA 52409)
517284723    +WF PLL,   P O Box 94435,    Albuquerque, NM 87199-4435
517284724    +WFFNATBANK,    P.O. Box 94498,    Las Vegas, NV 89193-4498
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Mar 22 2018 21:21:38     U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 22 2018 21:21:38      United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
517284703     E-mail/Text: cms-bk@cms-collect.com Mar 22 2018 21:21:34      Capital Management Services,
              698 1/2 South Ogden St.,    Buffalo, NY 14206-2317
517284711     E-mail/Text: mrdiscen@discover.com Mar 22 2018 21:21:27     Discover Financial Services,
              P.O. Box 15316,    Wilmington, DE 19850
517284714    +E-mail/Text: bnckohlsnotices@becket-lee.com Mar 22 2018 21:21:29      Kohls/Capone,
              P.O. Box 3115,    Milwaukee, WI 53201-3115
517284719    +E-mail/PDF: gecsedi@recoverycorp.com Mar 22 2018 21:20:09      SYNCB/Lowes,    P O Box 965036,
              Orlando, FL 32896-5036
517287638    +E-mail/PDF: gecsedi@recoverycorp.com Mar 22 2018 21:20:32      Synchrony Bank,
              c/o of PRA Receivables Management, LLC,     PO Box 41021,    Norfolk, VA 23541-1021
517284720     E-mail/Text: bankruptcy@td.com Mar 22 2018 21:21:39      TD Bank,    P.O. Box 8400,
              Lewiston, ME 04243
                                                                                              TOTAL: 8
```

      ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
517284694*    +Atlantic Care Regional Medical Center,    P.O. Box 786361,    Philadelphia, PA 19178-6361
517284695*    +Atlantic Care Regional Medical Center,    P.O. Box 786361,    Philadelphia, PA 19178-6361
517284722*   ++TOYOTA MOTOR CREDIT CORPORATION,     PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
              (address filed with court: Toyota Financial Services,    P.O. Box 8026,
              Cedar Rapids, IA 52409)
517284709    ##+Coastal Infectious Disease Con,     5548 Asbury Ave.,    Ocean City, NJ 08226-1236
                                                                                   TOTALS: 0, * 3, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-1          User: admin                Page 2 of 2                  Date Rcvd: Mar 22, 2018
                              Form ID: pdf905            Total Noticed: 38
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2018                              Signature:  /s/Joseph Speetjens

---

### CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 21, 2018 at the address(es) listed below:

        Brian   Thomas    on behalf of Trustee Brian   Thomas brian@brianthomaslaw.com, bthomas@ecf.epiqsystems.com
        Brian   Thomas    brian@brianthomaslaw.com,    bthomas@ecf.epiqsystems.com
        Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
        Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation kmcdonald@blankrome.com,   bkgroup@kmllawgroup.com
        Thomas E. Dowey    on behalf of Debtor Richard L Thompson, III tdesquire@hotmail.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                                                                                     TOTAL: 6